IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE SORIA,

    Petitioner,                No. CIV S-06-0517 FCD EFB P

    vs.

EDWARD ALEMEIDA,

    Respondent.              <u>ORDER</u>

                             /

    Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254. He has submitted a certified trust fund account statement is support of his application for leave to proceed *in forma pauperis*, however, he has not submitted the affidavit required by 28 U.S.C. § 1915(a)(1). Accordingly, petitioner has 30 days from the date this order is served to submit the required affidavit. The Clerk of the Court is directed to mail to petitioner a form application for leave to proceed *in forma pauperis*. Failure to comply with this order will result in a recommendation that this action be dismissed. The Clerk is directed to mail to petitioner a form application for leave to proceed *in forma pauperis*.

    So ordered.

DATED: April 23, 2009.

                                               EDMUND F. BRENNAN
                                             UNITED STATES MAGISTRATE JUDGE